FILED

FEB 23 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

ANGELA YARINA

Plaintiff

-vs-

WELTMAN WEINBERG & REIS CO LLC

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 1:26 CV 00449

JUDGE BRENNAN

JUDGE _____

MAG. JUDGE SHEPERD

COMPLAINT

## I.  JURISDICTION AND VENUE

1.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964 (42 U.S.C. \S 2000e), the Americans with Disabilities Act (42 U.S.C. \S 12101), and the Family and Medical Leave Act (29 U.S.C. \S 2601).

2.  Venue is proper in this District as the Defendant is a legal entity doing business in this District and the unlawful employment practices occurred herein.

## II.  PARTIES

1.  Plaintiff, Angela Yarina, was, at all times, relevant as an employee of Defendant.

2.  Defendant, Weltman, Weinberg & Reis Co., LPA (WWR), is a Law Firm and an "employer" within the meaning of the federal statutes cited above.

I

III.   STATEMENT OF FACTS

1.   On April 11, 2024, Defendant's HR Director bypassed professional guidelines to terminate Plaintiff using religious doctrine, stating Plaintiff should "forgive her... as the bible states."On April 12, 2024, while on paid PTO, Defendant initiated a formal Status Change Form Term to discharge Plaintiff. This termination was later labeled as a "misunderstanding " although rehired, Plaintiff was stripped of her primary job duties and as a pretext Plaintiffs' Super Admin system access removed.

2.   On April 17, 2024, Plaintiff was cornered and verbally assaulted by an HR subordinate. This assault caused an acute medical crisis, (chest pain and loss of bodily function), requiring Emergency Room treatment.

On June 21, 2024, Plaintiff reported on the hostile work environment, this time, along with the defendants "Management by Madness" strategy to Managing Partner Chuck Pona.

3. On June 28, 2024 (seven days later), defendant issued a retaliatory corrective action. Despite Plaintiff providing proof of compliance, defendant refused to revisit the discipline.

4. On June 30, 2024, Plaintiff was granted a 4.20% merit-based salary increase, rendering the previous "corrective action" a clear fraudulent pretext for retaliation.

5. Defendants HR Director admitted to creating fraudulent financial receipts and fostering a "Management by Madness" culture where managers were permitted verbally abusive, "make up" reasons for termination and mismanaged processes.

6. Plaintiff was ultimately terminated while being denied proper instructions for Defendants' medical leave in December 2024.

## V. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, Angela Yarina, respectfully requests that this Court enter judgment in her favor and against Defendant, Weltman, Weinberg & Reis Co., LPA, and award the following relief:

1. Back pay, front pay, and all lost benefits resulting from the unlawful termination.
2. Compensatory and punitive damages for emotional distress, physical trauma, and loss of reputation.
3. Pre-judgment and post-judgment interest; and
4. Any other legal or equitable relief this Court deems just and proper.

## VERIFICATION

I, **Angela Yarina**, declare under penalty of perjury under the laws of the United States of America that I am the Plaintiff in this action, that I have read the foregoing Complaint, and that the factual allegations contained therein are true and correct to the best of my knowledge and belief.

Executed on this __23__ day of February, 2026.

**Angela Yarina, Plaintiff Pro Se**

**JURY DEMAND**

Plaintiff, Angela Yarina, hereby demands a trial by jury on all issues and causes of action so triable.

**Angela Yarina, Plaintiff Pro Se**

1